UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA DE JESUS BALTIERRA MALDONADO, et al.,

                Plaintiffs,

-against-

MATTHEW DAY, et al.,

                Defendants.

1:23-CV-11303 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated January 23, 2024, the Court directed Plaintiff Maldonado, within 30 days, to submit a completed request to proceed *in forma pauperis* ("IFP" or "IFP application") or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of this action. Plaintiff Maldonado has not filed an IFP application or paid the fees. Accordingly, the Court dismisses this action without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

    The Court directs the Clerk of Court to enter a judgment dismissing this action.

The Court also directs the Clerk of Court to provide a copy of this order and the accompanying judgment to Plaintiff Maldonado, should she appear at the window of the court's Pro Se Intake Unit.

SO ORDERED.

Dated: March 25, 2024
       New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge