UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA DE JESUS BALTIERRA MALDONADO, et al.,<br><br>                                   Plaintiffs,<br><br>          -against-<br><br>MATTHEW DAY, et al.,<br><br>                                   Defendants. | 23cv11303 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 25, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 25, 2024
            New York, New York

                                                      /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge